LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

KEVIN T. BAINE
(202) 434-5010
kbaine@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 14, 2017

<u>VIA ECF AND FACSIMILE</u>

Hon. George B. Daniels
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Wheeler v. Twenty-First Century Fox, Inc. et al.*, Civ. No. 17-cv-05807
            <u>Request For Extension of Time To Answer or Otherwise Respond to Complaint</u>

Dear Judge Daniels:

     I write on behalf of defendants Twenty-First Century Fox, Inc. and Fox News Network, LLC ("Fox Defendants") pursuant to Federal Rule of Civil Procedure 6(b)(1) to request an extension of time through and including September 18, 2017, to answer or otherwise respond to Plaintiff's complaint. The Fox Defendants were served with a summons and a copy of the complaint pursuant to Federal Rule of Civil Procedure 4 on August 7, 2017. The deadline for Defendants to answer or otherwise respond to the complaint is August 28, 2017.

     This is the Fox Defendants' first request for an extension of time in which to answer or otherwise respond to the complaint. The Fox Defendants' counsel has conferred with Plaintiff's counsel, Douglas H. Wigdor, and he has consented to the requested extension.

                                      Respectfully submitted,

                                      */s/ Kevin T. Baine*
                                      Kevin T. Baine
                                      C*ounsel for Twenty-First Century Fox, Inc. and Fox News Network, LLC*

cc:    Counsel of Record (via ECF)