USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 06 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROD WHEELER,                                                 :
                                                             :
                                   Plaintiff,                :   Civil Action No.: 17-05807
                                                             :
             v.                                              :
                                                             :
TWENTY-FIRST CENTURY FOX, INC.,                              :
FOX NEWS NETWORK LLC, MALIA                                  :   [PROPOSED] ORDER
ZIMMERMAN, AND ED BUTOWSKY                                   :
                                                             :
                                   Defendants.               :
------------------------------------------------------------ X

## ORDER FOR AN EXTENSION OF TIME TO ANSWER
## OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

This Court having reviewed Defendant Ed Butowsky's Request for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby Grants the Request and Orders Defendant Butowsky to answer or otherwise respond to Plaintiff's Complaint on or before September 18, 2017.

Dated: SEP 06 2017

*George B. Daniel*
Hon. George B. Daniels
United States District Judge