UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROD WHEELER,<br><br>                    Plaintiff,<br><br>      v.<br><br>TWENTY-FIRST CENTURY FOX, INC., FOX NEWS NETWORK LLC, MALIA ZIMMERMAN, in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities,<br><br>                    Defendants. | Civil Action No. 17-05807<br><br>**DECLARATION OF DAVID B. HARRISON** |

I, DAVID B. HARRISON, of full age, hereby certify as follows:

1.      I am an attorney-at-law in the State of New York and Partner of the law firm Spiro Harrison, attorneys for Defendant Ed Butowsky ("Butowsky").

2.      I make this Certification in support of Butowsky's Motion to Dismiss.

3.      Attached hereto as Exhibit 1 is a true and correct copy of a report made on April 25, 2017 by Plaintiff Rod Wheeler ("Wheeler") detailing his meeting with Det. DellaCamera of the Metropolitan Police Department.

4.      Attached hereto as Exhibit 2 is a true and correct copy of an email from Defendant Malia Zimmerman ("Zimmerman") to Wheeler and Butowsky dated May 15, 2017 at 1:20pm with the subject "small changes included - current draft."

5.      Attached hereto as Exhibit 3 is a true and correct copy of an email from Zimmerman to Wheeler and Butowsky dated May 15, 2017 at 3:59pm with the subject "please read carefully."

6. Attached hereto as Exhibit 4 is a true and correct copy of a screenshot of text messages between Zimmerman, Wheeler, and Butowsky dated May 15, 2017.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email from Zimmerman to Wheeler and Butowsky dated May 15, 2017 at 4:47pm with the subject "draft turned in."

8. Attached hereto as Exhibit 6 is a true and correct copy of a screenshot of text messages between Zimmerman and Wheeler dated May 15, 2017.

9. Attached hereto as Exhibit 7 is a true and correct copy of a Fox 5 DC new article dated May 17, 2017 titled "Family's private investigator: There is evidence Seth Rich had contact with Wikileaks prior to death."

10. Attached hereto as Exhibit 8 is a true and correct copy of a New York Times article dated May 17, 2017 titled "How the Murder of a D.N.C. Staff Member Fueled Conspiracy Theories."

11. Attached hereto as Exhibit 9 is a true and correct copy of Rod Wheeler's May 22, 2017 Statement Regarding the Seth Rich Investigation published on Fetch Your News website, available at https://fannin.fetchyournews.com/2017/05/22/detective-rod-wheeler-releases-statement-concerning-the-death-of-dnc-staffer-seth-rich/.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        **SPIRO HARRISON**

Dated: September 18, 2017                *s/ David B. Harrison*
                                         David B. Harrison