# EXHIBIT 1

**April 25, 2017 (9:00am, EDT) (Rod Wheeler reporting)**
Met with Det. DellaCamera of the Metropolitan Police Department, at my office in Oxon Hill, MD. Det. DellaCamera shared the following information:

He is the lead Homicide detective on the investigation surrounding the murder of Seth Rich. He stated that the investigation is somewhat stalled, as he has no suspects or persons of interest in the case. Further, upon being asked specifically about what the working theories are surrounding the death, he said he "still believes" Seth's death was the result of a "robbery gone bad."  He believes that the suspect (s) may have attempted to rob Seth, and was met with resistance from Seth, and thus decided to shoot and kill him. He further believes the assailants are from the LeDroit Park section of Northwest Washington DC because that is the direction that an eyewitness observed two males running towards, the night of the incident.

DellaCamera stated that he (police investigators) have exhausted their search for any additional video surveillance footage that may be out there. He indicated that he has checked with several persons who may have had video footage along the route in which Seth walked the night of the incident, but to date, he has been unable to find any additional video. DellaCamera stated that he has check the local McDonald's restaurant in the area as well as other surrounding businesses but have been unable to find any additional video. Lastly, with regards to video, DellaCamera states that there was some video surveillance footage that came from a small convenience store on Flagler Street, but the video quality is extremely bad and there is nothing on the video that anyone could see that could assist with the investigation. Further he states that on the video, you could see the bottom half of two individuals walking across the street on Flagler Street and then moments later you see Seth Rich fall into the video view in the crosswalk on the street in front of the convenient store. DellaCamera said he has a witness that observed two people running in the immediate area the night of the incident, however, they did not see the actual shooting incident.

At this point, DellaCamera voluntarily stated that the whole "conspiracy" story really "threw things off with the investigation." He heard that Seth was an email leaker; however, he states, "I've got nothing to say or to show that the shooting was related to emails or anything other than a street robbery."

When asked specifically was there any information located on any of Seth's computers that would indicate that he did in fact send emails to WikiLeaks, DellaCamera replied, "there is certain information that I can't provide regarding the case itself, and I hope you understand, like I said, I can't reveal detailed information about the case itself." "I have strict, strict rules by my bosses, because of what this case is, that says don't provide information out, other than what is already publicly out there. I just can't go into detail with what I know."   At this time DellaCamera was asked is it a possibility that emails were found on Seth's computer related to the DNC and this could be a motivation for his being killed? DellaCamera replied, "anything's possible; I can't say one way or the other….."

DellaCamera was then asked, "was the FBI involved, at all in the case?"  He replied, "I don't know; I mean, I never was contacted by the FBI at all." As far as I know, they (FBI) never provided me with information." I would hope I would know if they were involved, but I don't have any knowledge of them being involved."

At this time, DellaCamera stated, "I know you're a private investigator, and whatever information is revealed, I just hope it doesn't go towards the media side of this." "I've tried to contact Jack Burkeman and Julianna Assuage several times, but I haven't been successful. I just want to ask them what they know and if they can help me with the investigation." "I think Burkeman is blowing smoke…with his knowledge of what happened." I even heard he has now created a website surrounding the murder."

DellaCamera was told that the family were told by me (Wheeler) that regardless of whatever direction the investigation goes, we need to solve the murder, identify the bad guy and get him off the street. So, in keeping with that spirit, I need to "rule out" the possibility that Seth's death could have been related to his job at the DNC.  I (wheeler) haven't been able to rule out that someone from the DNC could have been responsible for Seth's death.  DellaCamera was asked, "were you aware that Seth was having problems with two supervisors at his job (DNC) and he was very emotionally upset because of his problems at the DNC? DellaCamera replied, "I was aware that there were problems, but I don't know who the supervisors were that he was having problems with." Next, DellaCamera was asked if he was aware that Seth received money from WikiLeaks in exchange for the emails?  Did you look into his (Seth's) financial records? DellaCamera replied, "again, I can't go into details with specifics about the case such as that...I really can't. Nothing against you, Rod but I'm just not trying to get myself jammed up." DellaCamera was asked, "so the higher-ups in the department are very aware of this case?"  He replied, "Oh yeah, for sure."

I asked once again about the email records. I informed DellaCamera that we need to "disprove" the theory that Seth was killed because of this job at the DNC. DellaCamera stated, "honestly, put it this way, if Seth worked anywhere else other than the DNC, nobody would give a shit about his death. The only reason there is such interest is because of where he worked." DellaCamera was asked, "so why is that?" He replied, "again, it goes back to the DNC...a political organization and it all started stemming from around the time of the election..and it sounds like someone was trying to ruffle feathers...I mean that's what I think."

Wheeler asked DellaCamera, "but Seth's death could have been a hit, ordered by the DNC, right?
He replied, "um, me personally, I don't think it was a hit because he wasn't shot in the head. If you're going to kill somebody, you're going to make sure that they die...Seth didn't die right away...he lived for a while and died at the hospital." Wheeler asked, "and he never made any statements as to who could have shot him?" DellaCamera replied, "I can't go into detail about that (sniff)....um, I just can't Rod." Next, Wheeler asked, "so it is possible that he could have said something in terms of who did it (shot him).  DellaCamera hesitated, and said, "um...it's possible: anything is possible....." "I mean, what I'm getting at with it being a hit, I mean, if you want somebody dead where is the one place you're going to shoot them...in the head right. You want to make sure they're dead...not shoot them in some other part of the body where you don't know if they're dead or not...you don't know if they're going live to give information out, and you might get yourself caught up..so, that's why everybody got their theories. I got mine."

DellaCamera was asked, "here's a fair question, can we rule it out that Seth's death is *definitely* not related to the job?"  He replied, "not, not to an extent..not just yet...we can't rule anything out...." "I feel that if its related to the DNC, at some point, it may come out." "If somebody gets locked up, and they're  like, I'm taking the heat for this, and their approached about somebody else, I feel like somebody's going to start snitching then."

Wheeler said to DellaCamera, " I know that some of the news outlets are about to jump out there with more information from wherever they get it from, and a question will be posed to me, can we rule out that Seth's death had anything to do with his job at the DNC. And I think the answer is going to have to be, and please tell me if I'm wrong, no, we can't rule that out because we don't have a suspect behind bars; we don't have a person of interest. So, we can't rule out anything at this point. Then the question is going to be asked is it possible that Seth's death was in fact orchestrated from someone of or related to his job.

Wheeler looked directly at DellaCamera and asked, "the answer?" After a long sigh and brief laughter, DellaCamera stated, "You've been looking into this yourself, and, and, you have investigative experience, and like we said, anything is possible right. Until we get somebody locked up, we just don't know.

Anything's possible." "Look, look Rod, please, please do not quote me on anything…..I don't need that shit coming back on me..if I'm quoted, I will probably be reassigned to CCB somewhere…..moving property around. There's certain details of the case that we just can't renewal to anybody, just for the integrity of the case. But, do what you got to do for your business and the news story, but please don't, don't throw me under the bus Rod."

Once again, Wheeler asked, has the investigation shown that Seth received any money from anyone such as WikiLeaks during that time period. DellaCamera stated, "I don't know. I need to go back and look at his financial records. I didn't notice anything back then when I looked, but it's been a while. And if he (Seth) did receive any money, who knows where he put it at…especially if he did receive money. Maybe he stashed it somewhere else..and we just don't know."

Then Wheeler asked, "did your review of Seth's computer reveal that any emails went out to WikiLeaks?" DellaCamera replied, (after a long pause), well, well…there's stuff on there that, it's its, emails are sent everyday….um…the context of the emails I can't get into the details, um, again, I don't have anything pointing the finger at the DNC other than the conspiracy theories. Nobody has come to me with direct information and provided detailed information about the DNC being involved somehow.