## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ROD WHEELER

                    Plaintiff,

      v.

TWENTY-FIRST CENTURY FOX, INC.,
FOX NEWS NETWORK LLC, MALIA
ZIMMERMAN, in her individual and
professional capacities, and ED BUTOWSKY,
in his individual and professional capacities,

                    Defendants.

**Civil Action No. 17-05807**

**DECLARATION OF ED BUTOWSKY**

I, ED BUTOWSKY, of full age, hereby declare as follows:

1.     I am a resident of Plano, Texas.

2.     I am the Founder and Managing Partner of Chapwood Investments, a Texas limited liability company with its principle place of business in Dallas, Texas.

3.     I was not in New York during any relevant time in connection with the allegations made against me in this lawsuit.

4.     All relevant communications related to this case, to my knowledge, were conducted outside of New York.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of September, 2017 in Plano, Texas.

Ed Butowsky