LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

KEVIN T. BAINE
(202) 434-5010
kbaine@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 18, 2017

<u>VIA ECF</u>

Hon. George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *Wheeler v. Twenty-First Century Fox, Inc. et al.*, No. 17-cv-05807, Request For Oral Argument on Motion To Compel Arbitration and Stay All Proceedings or, in the Alternative, To Dismiss for Failure To State a Claim

Dear Judge Daniels:

  I write on behalf of defendants Twenty-First Century Fox, Inc. and Fox News Network, LLC ("Fox Defendants") and with the consent of defendant Malia Zimmerman pursuant to your Individual Rule of Practice III.D.  The Fox Defendants respectfully request oral argument on their Motion To Compel Arbitration and Stay All Proceedings or, in the Alternative, To Dismiss for Failure To State a Claim, filed today.

        Respectfully submitted,

        <u>S/ Kevin T. Baine</u>
        Kevin T. Baine
        *Counsel for Twenty-First Century Fox, Inc. and*
        *Fox News Network, LLC*

        *With Consent,*

        HUGHES, HUBBARD, & REED LLP
        David H. Stern (*pro hac vice*)
        Daniel H. Weiner
        Carolin Sahimi (*pro hac vice*)
        *Counsel for Malia Zimmerman*

cc: Counsel of Record (via ECF)