Jeffrey A. Shooman (JS8207)
Spiro Harrison
830 Morris Turnpike
Short Hills, NJ 07078
Tel: (973) 232-0881
*Attorney for Defendant Ed Butowsky*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHEELER,<br><br>                    Plaintiff,<br>           v.<br><br>TWENTY-FIRST CENTURY FOX, INC., FOX NEWS NETWORK LLC, MALIA ZIMMERMAN AND ED BUTOWSKY,<br><br>                    Defendants. | Civil Action No.: 17-cv-05807<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jeffrey A. Shooman, Esq. of the law firm of Spiro Harrison hereby enters his appearance as counsel of record for Defendant Ed Butowsky.

Dated: October 12, 2017

**SPIRO HARRISON**

By:  s/ Jeffrey A. Shooman
Jeffrey A. Shooman
830 Morris Turnpike
Short Hills, NJ 07078
Tel: (973) 232-0881
jshooman@spiroharrison.com

*Attorney for Defendant Ed Butowsky*