# SPIRO | HARRISON

November 28, 2017

**VIA CM/ECF**
Hon. George B. Daniels, U.S.D.J.
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Wheeler v. Twenty-First Century Fox Inc., et al., No. 17-5807 (GBD)**
             **Letter Motion for Extension of Page Limit**

Dear Judge Daniels:

    We represent Defendant Ed Butowsky ("Defendant") in this litigation.

    We write to request a five-page extension of the page limits for Defendant's Motion to Dismiss which is due December 1, 2017. We reached out to Plaintiff's counsel, offering a reciprocal five-page extension for their opposition. Plaintiff's counsel has consented to our request.

    Therefore, we respectfully request that Your Honor "So Order" this request and that Defendant and Plaintiff be afforded 30 pages for their respective memoranda of law in connection with Defendant's upcoming motion.

    We thank the Court for its kind attention to this matter.

                                  Very truly yours,

                                  *s/ David B. Harrison*
                                  David B. Harrison