# EXHIBIT 7

```
0001

 1     --------------------------------------------------------
 2                     **Williams and Connolly**
 3     --------------------------------------------------------
 4     **AUDIO START DATE: 05/16/17**
 5     **AUDIO START TIME: Unknown**
 6     **CUSTODIAN: UNKNOWN**
 7     **NAME OF FILE: Rod Wheeler - Sean Hannity YouTube**
 8     **EVENT: Fox News**
 9     **INTERVIEWER: Sean Hannity**
10     **INTERVIEWEE: Rod Wheeler**
11
```

0002

1      SEAN HANNITY:  Welcome back to Hannity.  So
2   more on the story of murdered Democratic
3   National Committee staffer Seth Rich, who was
4   gunned down last July in Washington D.C.  D.C.
5   Police are officially in charge of this case but
6   former D.C. Homicide Detective Rod Wheeler, who
7   was hired by a third party to investigate the
8   murder on behalf of the family says Mr. Rich was
9   communicating with WikiLeaks before he was
10  killed.  Now, Seth's family has been pushing
11  back today releasing a statement that reads in
12  part,
13  "We as a family are committed to facts not fake
14  evidence that surfaces every few months to fill
15  the void and to distract law enforcement and the
16  general public from finding Seth's murderers.
17  The services of the private investigator who
18  spoke to the press was ordered to the Rich
19  family and paid for by a third party and
20  contractually was barred from speaking to the
21  press or anyone outside of law enforcement or
22  the family unless explicitly authorized by the
23  family."
24  Fox News has retained a copy of the contract
25  signed by the Rich family retaining the services

0003

1    of Rod.  He joins us now with the very latest.
2    All right, I don't want to spend a lot of time
3    on the technicality of who hired you.
4        ROD WHEELER:  Sure.
5        SEAN HANNITY:  I've known you a long time,
6    Rod, you're a man of honor and integrity, so
7    tell us who hired you.
8        ROD WHEELER:  Well, actually I was hired by
9    the family, Joel and Mary Rich, they signed the
10   contract.  Now the financial benefit, if there
11   were any financial benefit, and by the way there
12   wasn't much, that was actually paid for by a
13   third party that I have had very little
14   communication with at all, Sean.
15       SEAN HANNITY:  Yeah, all right, let's go
16   through this case.  The timeline is fascinating
17   here.  As I played in the last segment, Julian
18   Assange -- I asked him repeatedly on radio and
19   television if Russia was involved.  Absolutely
20   not.  Now, believe him or not, he's a guy that
21   in WikiLeaks 11 year history has never been
22   proven wrong and all these leaks --
23       ROD WHEELER:  Correct.
24       SEAN HANNITY:  And all these leaks, by the
25   way, ended up being -- a lot of them ended up

0004

```
 1     being published in places like the New York
 2     Times.  So I guess my question is, when you look
 3     at the timeline of this and 12 days after he was
 4     killed that shows up on WikiLeaks, what did you
 5     discover in terms of the contacts with
 6     WikiLeaks?
 7          ROD WHEELER:  Right, well that's an
 8     excellent question and let me clear that up
 9     right now, exactly what it was that I found.
10     Now, I have never seen the emails myself
11     directly.  I haven't even seen the computer that
12     Seth Rich used.  Here's the problem with all of
13     this, I don't even know where the computer is.
14     I checked with the police department, they said
15     they don't know where the computer is, and the
16     FBI, they say they don't have the computer.
17     Now, where did this information come from in
18     terms of knowing or believing, I should say,
19     that Seth Rich could have been in communications
20     with WikiLeaks.  There was a federal
21     investigator that was involved on the inside of
22     the case, a person that's very credible and I
23     will tell you, let me just say this, Sean, I
24     don't like to suggest things without saying the
25     person's name but I can't say the person's name
```

0005

1    because that person would be thrown under the
2    bus and I can't do that.  But this person, we
3    checked him out, we have to check him out, very
4    credible, he said he laid eyes on the computer
5    and he laid eyes on the case file, and he came
6    across very credible.  When you look at that
7    with the totality of everything else that I've
8    found in this case, it's very consistent for a
9    person with my experience to begin to think,
10   "Well, perhaps there were some email
11   communications between Seth and WikiLeaks".
12   Every time I talk with the police department
13   though, Sean, every time I talk to the police
14   department about the WikiLeaks or the emails, it
15   is automatically shut down.  That discussion is
16   automatically shut down.
17        SEAN HANNITY:  So we don't know for sure if
18   the FBI or if the DC Police have any access to
19   this -- these forensics, this email, these
20   emails?
21        ROD WHEELER:  Right, we -- we don't know.
22   We actually have a statement from the FBI saying
23   -- telling us to contact the DC Police, the DC
24   Police says, "Contact the FBI".  Now, which is
25   it?  If this is just a murder investigation,

0006

1    first of all, why would the FBI be involved?
2    The only reason the FBI would be involved, just
3    so that the viewers understand, is if this has
4    some degree of national exposure.  Meaning,
5    because maybe it is related to the DNC and we
6    don't know that.  We don't know that for sure.
7    It could have been a botched robbery but my
8    point is this, Sean, when you've been
9    investigating murders for a while you have to
10   look at very possibility, you can't just look at
11   one thing and say, "Well, that has to be it".
12        SEAN HANNITY:  Have you ever seen a lot of
13   robberies, which is how they have been looking
14   into this case, where the person has their
15   wallet and their watch after they have been shot
16   and killed in the back?
17        ROD WHEELER:  No.  No, I haven't.  Now,
18   that's not to say that that could not happen,
19   but here's the thing, and this is so important,
20   there's been a $125,000 reward out for
21   information pertaining to the death of Seth
22   Rich.  Not one person has come forward.  Here's
23   one other thing that's going to be startling and
24   I'm just going to say this right now, I reached
25   out to the police department way back in March

0007

```
 1     when the family first hired me, right, to get
 2     involved.  I didn't hear anything from the
 3     police department for two to three days.  Guess
 4     what I learned yesterday from the family of Seth
 5     Rich, the police department did not call me back
 6     because someone, a high ranking official at the
 7     DNC - check this out - a high ranking official
 8     at the DNC, when I called the police department,
 9     they got that information and called the Rich
10     family wanting to know why was I snooping
11     around.
12          SEAN HANNITY:  Wouldn't that explain -- how
13     is it possible that the DNC, when the FBI want
14     to look at their computers, was able to bring in
15     their own people or that the people that ended
16     up getting immunity ended up being able to
17     destroy their laptop computers?  Is there any
18     evidence that he might have been disgruntled at
19     the treatment of Bernie Sanders and the
20     unfairness and the fix was in to put Hilary in
21     that position and maybe had evidence of that?
22          ROD WHEELER:  No, I -- I haven't seen any
23     evidence in that regard.  The only thing that I
24     have been able to confirm is that there were
25     some problems that Seth was having on his job at
```

0008

1    the DNC right before he was killed, and the
2    person -- listen to this, the person that called
3    the father after I called the police to get
4    information, that's the person that Seth was
5    having problems with at the DNC.  So --
6         SEAN HANNITY:  Yeah.
7         ROD WHEELER:  -- you know, connect the dots
8    here, it's starting to all come together.  So,
9    again, let me just really quickly say this.  I
10   don't know for sure, I don't know as a matter of
11   fact if the emails went out to the WikiLeaks or
12   anybody else but it sure appears that way.
13        SEAN HANNITY:  All right, Rod Wheeler,
14   thanks for being with us.
15
16
17
18
19
20
21
22
23
24
25

```
0009

 1

 2

 3     C E R T I F I C A T E

 4

 5     I, Linda Weaver, certify that the foregoing

 6     transcript is a true record of said proceedings,

 7     that I am not connected by blood or marriage

 8     with any of the parties herein nor interested

 9     directly or indirectly in the matter in

10     controversy, nor am I in the employ of the

11     counsel.




12     Signature

13     Date      September 13, 2017

14

15

16

17

18

19

20

21
```