**EXHIBIT 4**

7:44 AM

 

Malia    Rod

iMessage
Mon, May 15, 3:59 PM

Malia McLaughlin Zimmerman

 Can you read the story now?

 Yes

Malia McLaughlin Zimmerman

 Get back to me as soon as you can so I can turn it in

 Thanks!

Rod Wheeler

 Reading it now

Malia you can add that I do strongly believe that the answers to who murdered Seth sits on his computer on a shelf at the D.C. Police or FBI headquarters!

Malia McLaughlin Zimmerman

 Ok I'll add it