**EXHIBIT 6**

Case 1:17-cv-05807-GBD   Document 80-6   Filed 12/01/17   Page 2 of 7

**Rod**

> Send me the quote about Donna brazile when you can. Still at docs office
> Also what is the name of the dc police chief who took a job as head of security at a stadium

> Kathy something

Her name was Cathy Lanier. I'm not at the computer right now but what I will do is just send you a short blurb via text as to what I was told by Joel and when I

---

**Rod**

Joel and when I learned pertaining to Donna Brazil is that OK?

> Yes whatever I can say is great

So I spoke with the detective on last Friday and we agreed to meet today and I was going to have him talk with some of the House intelligence investigators pertaining to the Seth rich case and whether or not there were any correlations



So I spoke with the detective on last Friday and we agreed to meet today and I was going to have him talk with some of the House intelligence investigators pertaining to the Seth rich case and whether or not there were any correlations between that case and the other cases of hacking at the house intelligence investigators are looking into. Detective



Detective DellaCamera did not show up for our arrange the meeting nor has he returned any of my telephone calls which clearly indicates to me that he has been told not to meet with us. Additionally I talked with Joel Rich today via telephone to give him an update as to what are some of the concerns that I am finding with the investigation. Jo admitted to me that when I first got involved with this



involved with this investigation and I started calling the police detective, Jo said Rod do you really know the reason why the Detective did not call

Call you back when you were calling him? I said no what was the reason. Joe said that when I called the police department right after that Donna Brazil called him and was asking him why was I snooping around asking questions about the

questions about the death of Seth and his working relationships at the DNC. I was startled to learn that Donna Brazil even knew that I had reached out to the police department. So basically when I called the police department that information was immediately given to Donna Brazil and she caught Joe wanting to know why I was inquiring about Seth relationships at the DNC. As a police investigator that



**Rod (10:38 AM):** DNC. As a police investigator that automatically makes me think that Donna Brazil is in a category of persons of interest as it relates to the death of Seth rich. I also spoke with another source today who informed me that not only was Donna Brazil snooping around wanting to know what was I learning with regards to the DNC and Seth rich but also I was told that Debbie Wasserman Schultz was snooping around

**Rod (10:39 AM):** was snooping around wanting to know how much it was I learning.

**Me:** Ok this is great. Can I use as quotes too?

**Rod:** Yes.

**Rod:** Here is another quote you may want to consider using "I sincerely believe that there is an underground culture of corruption that exist within the confines of the nations capital that includes quite



**Rod:** Here is another quote you may want to consider using "I sincerely believe that there is an underground culture of corruption that exist within the confines of the nations capital that includes quite possibly the crime of murder. It's time that the FBI immediately conduct a full and thorough investigation to not only the death and who caused the death of Seth rich but those that he was



death of Seth rich but those that he was involved with and others regarding the Democratic national committee."

Mon, May 15, 5:16 PM

**Me:** Thanks Rod, got it

**Rod:** Aaron rich just called and blast me out!

**Rod:** I just read the email you sent. Joel informed me that Donna brazille called him not the police





I just read the email you sent. Joel informed me that Donna brazille called him not the police department asking why I was snooping around. My question is how did she know that I had called the detective so quick. (Clarification)

Mon, May 15, 7:55 PM



NEW: Seth Rich's family hired former @DCPoliceDept detective & tells