# EXHIBIT 9

BREAKING NEWS ow FetchYourNews on Facebook and on Twitter @FetchYourNews @FYNTV If you see news happening









Fannin Rebel TV













Home / Featured / News

# Detective Rod Wheeler releases statement concerning the Death of DNC staffer Seth Rich

FEATURED, NEWS — *May 22, 2017 , by Brian K. Pritchard*



Former Homicide D.C. Detective Rod Wheeler has released the following statement concerning the death of former DNC staffer Seth Rich. **Wheeler, "I am still of the personal opinion that his murder may be tied to his**




SHOP FYN STORE




LOGIN

Username

**employment."**

**UPDATE 5/23/17 – Rod Wheeler called into our live show this morning on FYNTV.com to speak to us about his statement. This is video from that segment:



Lost your password?




Remember Me

Register

NEWSLETTER SIGN UP

**Register for Breaking News Alerts:**

Your email address

Sign up

Rod Wheeler

Washington, DC

May 22, 2017

Statement Regarding the Seth Rich Investigation

To whom this may concern,







In March of 2017, I was introduced by way of a telephone conference call, to Joel Rich, Mary Rich, Aaron Rich and Molly Rich, surviving family members of Seth Rich. Seth Rich was murdered in the District of Columbia in July of 2016.

The Rich's were aware of my background as a criminal investigator, specifically as a fonner police homicide investigator. They indicated that they had seen my many appearances on the Fox News Channel commenting and analyzing dozens of criminal cases and have always been impressed by my knowledge and experience.

The Rich's engaged my services to assist with gathering information and evidence, in an effort to try to assist the Metropolitan Police Department identify the person(s) responsible for the murder of Seth.

Recently, there has been much discussion in the national media surrounding my revelation that I believe that Seth's death could be possibly linked to his former employment at the DNC, or with relationships with others connected to his employment. I am still of the personal opinion that his murder may be tied to his employment

Currently I am prohibited to go into any detail surrounding my investigation and its findings. However, I do want to say this:

Since accepting the request of the Rich family to assist them in this investigation, I have always been focused on one thing, and one thing only; finding out who is responsible for the death of Seth. I feel as if I was making good progress and getting very close to developing a motive. Further, I can say that I have developed what I believe to be persons of interest, that I essentially would like to talk to further regarding information that they may have surrounding Seth's death. I am of the personal opinion that the information/article reported by FoxNews Channel last Tuesday was essentially correct and worthy of further investigation. That is exactly why when I first learned of this new information developed by a FoxNews investigative journalist, I immediately called the DC Police to inform them.

The homicide detective unit at the Metropolitan Police Department has recently reached out to me to visit with them and exchange information surrounding the case. I believe that under the direction of Chief Peter Newsham, the Metropolitan Police Department is very capable of solving this and other murders in the District of Columbia. However, for them to be successful in this investigation, there can be no influence or interference whatsoever from others outside the department…period.

Finally, by way of this statement, I humbly ask the Rich family to please allow me to release either my full report or a summary thereof of my findings up to date, with regards to the investigation. Before release, I would be happy to redact the names and addresses of all persons mentioned in the report.

I wish the Rich family the very best and sincere hope that the person(s) responsible for causing the death of Seth, is soon brought to justice.

For further information, please contact my legal advisor Larry Friedman at 972-788-1400, lfriedman@fflawoffice.com

Rod Wheeler

Washington, DC

No related posts.

Share this Post: □ □ □ □ □ □

« Previous Article

WFES Character Ed

Next Article »

Polk County TN Sheriff's Office Arrest Report 5/16 to

Debbie Wasserman Shultz DNC Hillary Clinton John Podesta Rod Wheeler Seth Rich Wikileaks









TODAY'S POLL




Blue Ridge Kiwanis Rodeo is in town this weekend. What is your favorite part?

- Calf Scramble
- Wild Wheelbarrow Race
- Bull Riding