UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
ROD WHEELER, :
:
                     Plaintiff, :
  -against- :      <u>ORDER</u>
:
TWENTY-FIRST CENTURY FOX, INC.; FOX :      17 Civ. 05807 (GBD)
NEWS NETWORK LLC; MALIA :
ZIMMERMAN, *in her individual and* :
*professional* capacity; ED BUTOWSKY, *in his* :
*individual and professional capacity*, :
:
                    Defendants. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    Oral argument on all outstanding motions is scheduled for February 28, 2018 at 10:30 a.m.

    The Clerk of Court is directed to close the letter motions at ECF Nos. 41 and 77.

Dated: New York, New York             SO ORDERED.
       December 7, 2017

                                         *George B. Daniels*
                                         GEORGE B. DANIELS
                                         United States District Judge