UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROD WHEELER,

                          Plaintiff,

  -against-

TWENTY-FIRST CENTURY FOX, INC.; FOX
NEWS NETWORK LLC; MALIA
ZIMMERMAN, *in her individual and
professional* capacity; ED BUTOWSKY, *in his
individual and professional capacity*,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

17 Civ. 05807 (GBD)

GEORGE B. DANIELS, United States District Judge:

      Plaintiff's request for an extension of time to oppose Defendants' motions to dismiss Plaintiff's Amended Complaint is GRANTED. Plaintiff's oppositions to both motions are due January 9, 2018. Any replies are due on January 26, 2018.

Dated: New York, New York
       December 8, 2017

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge