UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

ROD WHEELER

                   Plaintiff,      Case No. 17-cv-05807 (GBD)

-against-

TWENTY-FIRST CENTURY
FOX, INC., et al.         Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Kenneth Daniel Walsh**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: K W2798    My State Bar Number is 5044086

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Ford Marrin Esposito Witmeyer & Gleser, LLP
                   FIRM ADDRESS: Wall Street Plaza, New York, NY 10005
                   FIRM TELEPHONE NUMBER: 212-269-4900
                   FIRM FAX NUMBER: 212-344-4294

NEW FIRM:    FIRM NAME: Wigdor LLP
                   FIRM ADDRESS: 85 Fifth Avenue, 5th Floor, New York, NY 10003
                   FIRM TELEPHONE NUMBER: 212-257-6800
                   FIRM FAX NUMBER: 212-257-6845

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 2, 2018

                                                                _/s/ K. Walsh_____
                                                                ATTORNEY'S SIGNATURE