UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

ROD WHEELER,
                Plaintiff,

    -against-

TWENTY-FIRST CENTURY FOX,
INC., et al.           Defendant.
----------------------------------------------------------

Case No. 17-05807 (GBD)

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**David H Stern**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Hughes Hubbard & Reed LLP
                   FIRM ADDRESS: 350 S. Grand Ave, Ste 3600, Los Angeles, CA 90071
                   FIRM TELEPHONE NUMBER: 213-618-2800
                   FIRM FAX NUMBER: 213-613-2950

NEW FIRM:   FIRM NAME: Dechert LLP
                   FIRM ADDRESS: 633 W. 5th St., Suite 4900, Los Angeles, CA 90071
                   FIRM TELEPHONE NUMBER: 213-808-5700
                   FIRM FAX NUMBER: 213-808-5760

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: March 28, 2018

_____
ATTORNEY'S SIGNATURE