UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rod Wheeler

        Plaintiff,

-against-

Twenty-First Century Fox, Inc.,
Fox News Network LLC     Defendant.

Case No. 17-cv-05807 (GBD)

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Joseph M. Terry
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Williams & Connolly LLP
                  FIRM ADDRESS: 1330 Ave of the Americas, Suite 23A NY 10019
                  FIRM TELEPHONE NUMBER: (202) 434-5320
                  FIRM FAX NUMBER: (202) 434-5029

NEW FIRM:    FIRM NAME: Williams & Connolly LLP
                  FIRM ADDRESS: 650 5th Ave., Suite 1500 New York, NY 10019
                  FIRM TELEPHONE NUMBER: (202) 434-5320
                  FIRM FAX NUMBER: (202) 434-5029

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 04/06/2018

_____
ATTORNEY'S SIGNATURE