UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ROD WHEELER,                                    :
                                                :
                             Plaintiff,   :   Civil Action No. 17-cv-05807 (GBD)
                                                :
       v.                                            :
                                                :   **NOTICE OF MOTION TO**
TWENTY-FIRST CENTURY FOX, INC., FOX   :   **WITHDRAW AS COUNSEL OF**
NEWS NETWORK LLC, MALIA                :   **RECORD**
ZIMMERMAN, in her individual and professional :
capacities and ED BUTOWSKY, in his individual :
and professional capacities,                    :
                                                :
                         Defendants.  :
-------------------------------------------------------------X

       **PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Michael J. Willemin, the annexed Memorandum of Law and all other papers and proceedings herein, the undersigned firm of Wigdor LLP moves this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York granting its Motion to Withdraw as Counsel of Record for Plaintiff.

Dated: May 14, 2018                             **WIGDOR LLP**
       New York, New York

                                                 By: _____
                                                    Douglas H. Wigdor
                                                    Jeanne M. Christensen
                                                    Michael J. Willemin

                                                      85 Fifth Avenue
                                                      New York, NY 10003
                                                      Telephone: (212) 257-6800
                                                      Facsimile: (212) 257-6845
                                                      dwigdor@wigdorlaw.com
                                                      jchristensen@wigdorlaw.com
                                                      mwillemin@wigdorlaw.com

                                                      *Counsel for Plaintiff*