USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 30 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ROD WHEELER,

                Plaintiff,

-against-

TWENTY-FIRST CENTURY FOX, INC.; FOX NEWS NETWORK LLC; MALIA ZIMMERMAN, *in her individual and professional* capacity; ED BUTOWSKY, *in his individual and professional capacity*,

                Defendants.

------------------------------------x

ORDER

17 Civ. 5807 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Wigdor LLP's motion to withdraw as counsel of record for Plaintiff, (ECF No. 93), is GRANTED.

Dated: New York, New York
       May 30, 2018

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge