# SPIRO | HARRISON

David B. Harrison
Direct Dial: 973.232.4109
dharrison@spiroharrison.com

June 28, 2018

**VIA ECF**
Hon. George B. Daniels
United States District Judge
United States District Court, Southern District of New York
500 Pearl St., Court Room 11A
New York, NY 10007-1312

      Re:    **Wheeler v. Twenty-First Century Fox Inc., *et al.***
                **Docket No. 17-cv-05807**

Dear Judge Daniels:

      We write in response to the letter of Jeanne Christensen of Wigdor Law [No. 97], a firm that suddenly withdrew from this above referenced matter, without explanation, but is somehow seeking a cease and desist from your Honor in connection with two voicemails it received from Defendant Ed Butowsky. As an initial matter, as we advised Ms. Christensen, Mr. Butowsky has already been counseled to refrain from further direct contact with her firm. We believe that a cease and desist order from this Court is not only unnecessary, therefore, but entirely inappropriate, given that Wigdor Law is no longer affiliated with this case, and that the entire basis for their request for protection are two voice mail messages requesting a meeting. If the admittedly benign messages caused such concern, then Ms. Christensen has other means of addressing that concern. We view this filing as merely an attempt to embarrass Mr. Butowsky, nothing more.

      More importantly, we want to address Ms. Christensen's suggestion that the calls should be considered by the Court in deciding the pending Rule 11 motion filed by Mr. Butowsky. First, Mr. Butowsky's contact with them yesterday has no relevance to whether Mr. Wigdor and his firm filed a frivolous, attention grabbing lawsuit in order to drive a larger, global settlement with Defendant Fox News on dozens of disparate employment discrimination cases. Second, this is a curious position given that Mr. Wigdor and his firm inexplicably left their client without counsel while a pending motion to dismiss was being decided, withdrawing just before Wigdor Law did in fact obtain a global settlement with Defendant Fox News on several of the other matters. We believe this withdrawal affirms the theory behind Butowsky's motion for sanctions under Rule 11. Wigdor Law filed the lawsuit simply to embarrass and harass Butowsky, and to force a settlement with Fox News. And, here we are. It is our understanding that Mr. Wheeler still does not have representation in this case.

      Thank you for your Honor's courteous attention to this matter. We ask that the Court deny the application by Ms. Christensen. Please do not hesitate to contact me with any further questions.

                                                                       Respectfully submitted,

                                                                       David B. Harrison