USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 12 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ROD WHEELER,

                      Plaintiff,

-against-

TWENTY-FIRST CENTURY FOX, INC., FOX
NEWS NETWORK LLC, MALIA ZIMMERMAN,
*in her individual and professional capacity*, and
ED BUTOWSKY, *in his individual and
professional capacity*,

                      Defendants.

------------------------------------- x

ORDER

17 Civ. 5807 (GBD)

GEORGE B. DANIELS, United States District Judge:

On June 27, 2018, this Court received a letter from former counsel of record for Plaintiff Rod Wheeler[1] stating that Defendant Ed Butowsky left two voicemails for Attorney Douglas H. Wigdor of the Wigdor LLP law firm.[2] (*See* ECF No. 97.)

Mr. Butowsky should follow the advice of his counsel and not attempt to contact any of Mr. Wheeler's former attorneys or the law firm of Wigdor LLP.

Dated: July 12, 2018
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

---

[1] By Order dated May 30, 2018, this Court granted Wigdor LLP and its attorneys' motion to withdraw as counsel for Plaintiff. (*See* ECF No. 96.)

[2] Plaintiff's former counsel's request to file under seal audio recordings of the two voicemails is DENIED. In light of this Order, the audio recordings need not be filed in this case.