```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROD WHEELER,
                Plaintiff,

-against-

TWENTY-FIRST CENTURY FOX, FOX NEWS
NETWORK LLC, MALIA ZIMMERMAN, in
her individual and professional capacities, and
ED BUTOWSKY, in his individual and
professional capacities,
                Defendants.
------------------------------------------------------------X

17 **CIVIL** 5807 (GBD)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 2, 2018, Defendants' motions to dismiss are GRANTED. Butowsky's motion for sanctions and request for attorneys' fees and costs are DENIED. Plaintiff's request for attorneys' fees and costs in defending the Rule 11 motion is DENIED.

**Dated:** New York, New York
         August 3, 2018

                                            RUBY J. KRAJICK
                                              Clerk of Court

BY: _____
                Deputy Clerk